## IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 73.233.98.81

**ISP:** Comcast Cable
**Physical Location:** Philadelphia, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/06/2018 19:00:20 | 6B90E9FDB4FAB0EA1C4F3A054B5F5179382F4D26 | A Rose A Kiss and A Bang |
| 03/06/2018 17:57:47 | FC35F5ED86A37786D1CE7F3C99C7AEC5B0A500EE | Inside Caprice |
| 03/06/2018 17:40:24 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 03/06/2018 17:31:45 | FF75AB28A949A17A52CEE71C191C37C61258B6AD | Rub Me The Right Way Too |
| 03/06/2018 17:30:18 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 01/07/2018 20:56:35 | 8D224DB47AB609A3F8C048B3CE5304AA7102A050 | Hot and Wet |
| 11/07/2017 19:34:06 | 88666176D1EFC2008D274316722D8FD59AD6A2F1 | Welcome To The Jungle |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

EPA729