## Copyrights-In-Suit for IP Address 73.233.98.81

**ISP:** Comcast Cable
**Location:** Philadelphia, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 03/06/2018 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 03/06/2018 |
| Black Widow | PA0001987183 | 12/25/2015 | 01/18/2016 | 03/06/2018 |
| Rub Me The Right Way Too | PA0002015095 | 05/04/2016 | 05/31/2016 | 03/06/2018 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 03/06/2018 |
| Hot and Wet | PENDING | 01/06/2018 | 01/11/2018 | 01/07/2018 |
| Welcome To The Jungle | PA0002078614 | 08/18/2017 | 08/30/2017 | 11/07/2017 |

**Total Malibu Media, LLC Copyrights Infringed: 7**