## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | Civil Action |
| | : | |
| Plaintiff, | : | No. 18-2375 |
| | : | |
| v. | : | |
| | : | |
| SIARHEI YABLONSKI | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Alexander Granovsky, Esq., of the law firm of Granovsky Law Offices in the above captioned action on behalf of defendant Siarhei Yablonski.

BY: /s/ Alexander Granovsky
Alexander Granovsky
PA # 308387
9831 Bustleton Ave., Suite 2
Philadelphia, PA 19115
Telephone (215) 992-6696

## CERTIFICATE OF SERVICE

On the 2nd day of November, 2018, I, Alexander Granovsky, hereby certify that I caused a true and correct copy of the foregoing Entry of Appearance to be served by e-mail and/or first class mail, postage prepaid, on the following counsel of record:

>Christopher P. Fiore, Esq.
>418 Main Street, Suite 100
>Harleysville, PA 19438
>*Attorneys for Plaintiff*

>/s/ Alexander Granovsky
>Alexander Granovsky, Esquire